**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1453**

In re:  REGINALD U. FULLARD,

Petitioner.

On Petition for Writ of Mandamus.  (1:19-cv-01085-LCB-JLW)

Submitted:  August 31, 2021                          Decided:  January 5, 2022

Before GREGORY, Chief Judge, SHEDD, and FLOYD, Senior Circuit Judges.

Petition denied by unpublished per curiam opinion.

Reginald U. Fullard, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reginald U. Fullard petitions for a writ of mandamus seeking an order reversing his North Carolina criminal convictions or granting a new trial. We conclude that Fullard is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. *Cheney v. U.S. Dist. Ct.*, 542 U.S. 367, 380 (2004); *In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought and "has no other adequate means to attain the relief [he] desires." *Murphy-Brown*, 907 F.3d at 795 (alteration and internal quotation marks omitted).

This court does not have jurisdiction to grant mandamus relief against state courts, *Gurley v. Superior Ct. of Mecklenburg Cnty.*, 411 F.2d 586, 587 (4th Cir. 1969) (per curiam), or to review final state court orders, *D.C. Ct. of Appeals v. Feldman*, 460 U.S. 462, 482 (1983). Thus, the relief sought by Fullard is not available by way of mandamus. We accordingly deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*